**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

APRIL MANUEL                                     CASE NO.  2:23-CV-01644

VERSUS                                           JUDGE JAMES D. CAIN, JR.

B H G HOLDINGS L L C ET AL                       MAGISTRATE JUDGE LEBLANC

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants', BHG Holdings, LLC d/b/a/ Behavioral Health Group, BHG LXII, LLC d/b/a BHG Medical Services-Louisiana, VCPHCS VI, LLC d/b/a BHG Lake Charles Treatment Center, "Motion to Dismiss Pursuant to Fed.R.Civ P. 12(b)(6) (Doc. 25) is **GRANTED** in its entirety, dismissing with prejudice, Relator's claims in Count I-X and XII of Relator's complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) and Federal Rule of Civil Procedure 9(b).

**THUS DONE AND SIGNED** in chambers on this 1st day of April, 2026.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE